

**The Workers' Rights Law Group**
**Foster Plaza 10**
**680 Andersen Drive, Suite 230**
**Pittsburgh, PA  15220**
**Main: 412.910.9592**

January 13, 2025

**Kyle H. Steenland**
**kyle@workersrightslawgroup.com**
**Direct/Mobile: 412.368.2324**

**VIA FIRST-CLASS U.S. MAIL**

Kenny Ross Ford Adamsburg
104 Blackhills Road
P.O. Box 269
Adamsburg, PA  15611

  Re:  **DISPUTE NOTIFICATION**

Dear Sir or Madam,

  Please be advised that The Workers' Rights Law Group represents Shauna Cooke ("Ms. Cooke") with regards to any and all alleged accounts and/or debts Kenny Ross Ford Adamsburg ("KRF") associates with Ms. Cooke (the "Debts").  Please cease and desist from any further communications with Ms. Cooke as it relates to the Debts and direct all communications to my office.

  Please be advised Ms. Cooke disputes the validity of the Debts and demands any and all records KRF possesses as it pertains to Debts including, but not limited to, the following:

- Proof of origination of the Debts relating to KRF's purported ownership including, but not limited to, the assignment documentation, bill of sale, and/or forward flow agreement;

- Account and billing statements, in complete and unredacted form, associated with the Debts;

- The written agreement(s) evidencing Ms. Cooke's and the alleged original creditor(s) contractual relationship;

- Proof of Ms. Cooke's liability and obligation relating to the Debts;

- The original account information demonstrating all purchases, payments, and utilization of the accounts associated with the Debts;

- Agreements of any kind, in both original and revised iterations, between KRF and the alleged original creditors of the Debts;
- Any and all communications between KRF and the alleged original creditors of the Debts concerning the collection of the Debts;
- KRF's methods of accounting, calculation, and quantification of the Debts;
- All information reported to any credit reporting agency as defined within 15 U.S.C. § 1681, *et seq.*, (the "Credit Reporting Agencies") concerning the Debts including, but not limited to, the account status codes;
- The identities of any and all Credit Reporting Agencies to whom KRF has furnished information concerning the Debts; and
- All other written documentation KRF possesses with or has both internally and externally communicated pertaining to the Debts.

Pursuant to 15 U.S.C. § 1692(g) of the FDCPA, Ms. Cooke further requests the following information:

- The amount(s) of the Debts;
- The name and address of the original creditor(s) relating to the Debts; and
- Verification documentation pertaining to the Debts.

Pursuant to your duties under the Fair Credit Reporting Act and the Fair Debt Collection Practices Act, please notify all Credit Reporting Agencies of Ms. Cooke's dispute with the Debts.

Very truly yours,

Kyle H. Steenland, Esq.



**The Workers' Rights Law Group**
**Foster Plaza 10**
**680 Andersen Drive, Suite 230**
**Pittsburgh, PA  15220**
**Main: 412.910.9592**

January 13, 2025

**Kyle H. Steenland**
kyle@workersrightslawgroup.com
Direct/Mobile: 412.368.2324

**VIA FIRST-CLASS U.S. MAIL**

TransUnion, LLC
P.O. Box 1000
Chester, PA 19022

   Re: **FCRA – NOTICE OF DISPUTED TRADE LINE – 15 U.S.C. § 1681i(a)(2)**

Dear Sir or Madam,

  Please be advised that The Workers' Rights Law Group represents Shauna Cooke ("Ms. Cooke") in connection with alleged and disputed debts.  For identification purposes, Ms. Cooke's address is 1210 Center Avenue, North Versailles, Pennsylvania 15137.  Please let this letter serve as formal notification of Ms. Cooke's dispute with the trade line and the inquiries associated with the information referenced below.

| | |
|---|---|
| Furnisher: Ally Financial | Furnisher: Exeter Finance LLC/WCG |
| Inquiry Date: September 21, 2024 | Inquiry Date: September 21, 2024 |
| Furnisher: Ally Financial | Furnisher: Global Lending Services |
| Inquiry Date: September 21, 2024 | Inquiry Date: September 21, 2024 |
| Furnisher: Capital One Auto Finance | Furnisher: GoFi LLC |
| Inquiry Date: September 21, 2024 | Inquiry Date: September 21, 2024 |
| Furnisher: Consumer Portfolio Services, Inc. | Furnisher: WFBNA Auto |
| Inquiry Date: September 21, 2024 | Inquiry Date: September 21, 2024 |

  Please be advised that the furnishers have been notified that Ms. Cooke is disputing the validity of the inquiries in their entirety.

  As a Credit Reporting Agency defined within 15 U.S.C. § 1681, *et seq.*, you must notify the furnishers of the instant dispute.  As such, kindly notify the furnishers of Ms. Cooke's dispute

pursuant to 15 U.S.C. § 1681i(a)(2) and remove the purported inquiries from Ms. Cooke's credit report within the next reporting cycle. The alleged inquires are entirely fraudulent in nature and are actively harming Ms. Cooke.

    Please do not hesitate to reach out with any questions or concerns.

Very truly yours,

*[signature]*

Kyle H. Steenland, Esq.



**The Workers' Rights Law Group**
**Foster Plaza 10**
**680 Andersen Drive, Suite 230**
**Pittsburgh, PA  15220**
**Main: 412.910.9592**

January 13, 2025

**Kyle H. Steenland**
kyle@workersrightslawgroup.com
Direct/Mobile: 412.368.2324

**VIA FIRST-CLASS U.S. MAIL**

Equifax Information Services, LLC
P.O. Box 740241
Atlanta, GA  30374

      Re:    **FCRA – NOTICE OF DISPUTED TRADE LINE – 15 U.S.C. § 1681i(a)(2)**

Dear Sir or Madam,

    Please be advised that The Workers' Rights Law Group represents Shauna Cooke ("Ms. Cooke") in connection with alleged and disputed debts.  For identification purposes, Ms. Cooke's address is 1210 Center Avenue, North Versailles, Pennsylvania 15137.  Please let this letter serve as formal notification of Ms. Cooke's dispute with the trade line and the inquiries associated with the information referenced below.

| | |
|---|---|
| Furnisher: Ally Financial | Furnisher: Exeter Finance LLC/WCG |
| Inquiry Date: September 21, 2024 | Inquiry Date: September 21, 2024 |
| Furnisher: Ally Financial | Furnisher: Global Lending Services |
| Inquiry Date: September 21, 2024 | Inquiry Date: September 21, 2024 |
| Furnisher: Capital One Auto Finance | Furnisher: GoFi LLC |
| Inquiry Date: September 21, 2024 | Inquiry Date: September 21, 2024 |
| Furnisher: Consumer Portfolio Services, Inc. | Furnisher: WFBNA Auto |
| Inquiry Date: September 21, 2024 | Inquiry Date: September 21, 2024 |

    Please be advised that the furnishers have been notified that Ms. Cooke is disputing the validity of the inquiries in their entirety.

    As a Credit Reporting Agency defined within 15 U.S.C. § 1681, *et seq.*, you must notify the furnishers of the instant dispute.  As such, kindly notify the furnishers of Ms. Cooke's dispute

pursuant to 15 U.S.C. § 1681i(a)(2) and remove the purported inquiries from Ms. Cooke's credit report within the next reporting cycle. The alleged inquires are entirely fraudulent in nature and are actively harming Ms. Cooke.

    Please do not hesitate to reach out with any questions or concerns.

Very truly yours,

Kyle H. Steenland, Esq.